UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RICHARD MENNA,** | ) | NO. CV 14-00355-R (MAN) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| **MATTHEW RADMANESH, et al.,** | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, defendants' motion to dismiss the First Amended Complaint ("Motion"), all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion is granted pursuant to Rule 12(b)(1) and 12(b)(6) of the

///

///

Federal Rules of Civil Procedure; (2) the First Amended Complaint is dismissed without leave to amend; and (3) Judgment shall be entered dismissing this action without prejudice.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 5, 2014

                                      MANUEL L. REAL
                              UNITED STATES DISTRICT JUDGE