# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MENNA, | ) NO. CV 14-00355-R (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MATTHEW RADMANESH, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 5, 2014.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE